CHARLES E. CLARKE, Respondent, *v.* HERMAN C. G. LUYTIES, Appellant.

*Clarke* v. *Luyties,* 120 App. Div. 880, affirmed.
(Argued October 15, 1908; decided November 10, 1908.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 29, 1907, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover a balance alleged to be due on a written contract of guaranty.

*Edward J. McGanney* for appellant.

*Nathaniel Cohen* for respondent.

Judgment affirmed, with costs ; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, WERNER, WILLARD BARTLETT and HISCOCK, JJ.

---

THE YALE WONDER CLOCK COMPANY, Respondent, *v.* JAMES E. SURMAN, Appellant.

*Yale Wonder Clock Co.* v. *Surman,* 120 App. Div. 904, affirmed.
(Argued October 15, 1908; decided November 10, 1908.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered July 2, 1907, affirming a judgment in favor of plaintiff entered on the report of a referee in an action to recover for goods sold and delivered.

*Daniel J. Dugan* for appellant.

*John A. Stephens* for respondent.

Judgment affirmed, with costs ; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, WERNER, WILLARD BARTLETT and HISCOCK, JJ.